CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION of
WATERFRONT EMPLOYERS
        Plaintiff

v.

ELAINE CHAO
        Defendant

Civ Case: 1:07-cv-02250
Assigned To : Collyer, Rosemary M.
Assign. Date : 12/14/2007
Description: Admn. Agency Review

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __NATIONAL Association of Waterfront Employers__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __National Association of Waterfront Employers__, which have any outstanding securities in the hands of the public. __NONE__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__# 418399__
Bar Identification Number

__F EDWIN FROELICH__
Print Name

__919-18th Street NW__
Address

__Washington   DC   20006__
City    State    Zip

__202-587-4802__
Telephone Number