```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

NATIONAL ASS'N OF WATERFRONT EMPLOYERS   )
                                         )
   Plaintiff,                            )
                                         ) No. 07-CV-2250 (RMC)
     v.                                 )
                                         )
ELAINE L. CHAO, Sec'y of Labor,          )
                                         )
   Defendant.                            )

## NOTICE OF APPEARANCE

     Notice is hereby given of the appearance of Mary Lou Smith as counsel on behalf of Intervenor Plaintiff Association of Bituminous Contractors, Inc. in this action.

                                             Respectfully submitted,

                                                 /s/
                                        Mary Lou Smith
                                        D.C. Bar No. 389507
                                        Howe, Anderson & Steyer, P.C.
                                        815 Connecticut Avenue, N.W.
                                        Suite 620
                                        Washington, D.C.  20006
                                        (202)296-5680

Dated:  January 15, 2007