## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF WATERFRONT EMPLOYERS          )
919 18th Street, N.W., Suite 901                                                         )
Washington, D.C. 20006                                                                       )

                                 Case:  1:07-cv-02250

                   Plaintiff,          Assigned To:  Collyer, Rosemary M.

                                  Assign. Date:  12/14/2007

            v.                      Description:  Admn. Agency Review
                                                   )

ELAINE L. CHAO, in her official capacity as the Secretary of Labor          )
United States Department of Labor                                                          )
200 Constitution Avenue, N.W.                                                              )
Washington, D.C. 20210                                                                       )
                                                   )
                  Defendant.          )

## ORDER GRANTING MOTION FOR LEAVE TO INTERVENE

The Motion of the Old Republic Insurance Company and Association of Bituminous Contractors, Inc. (hereinafter, "Proposed Intervenor Plaintiffs") for leave to intervene in the above-entitled action having come before the Court on _____15th_____ day of _Janaury_, 200_8_, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion for Leave to Intervene of Proposed Intervenor Plaintiffs is GRANTED, *as to the named Intervenor Plaintiffs only* and Intervenor Plaintiffs are authorized to file their Complaint in Intervention.

Dated: _15 Jan_, 200_8_

                                        _Rosemary M. Colly_
                                        JUDGE OF THE UNITED STATES DISTRICT COURT