**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION OF WATERFRONT EMPLOYERS, <br><br> Plaintiff, <br> and <br><br> OLD REPUBLIC INSURANCE COMPANY and ASSOCIATION OF BITUMINOUS CONTRACTORS, INC., <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> ELAINE L. CHAO, in her official capacity as the Secretary of Labor, and THE U.S. DEPARTMENT OF LABOR, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 07-2250 (RMC) |

**CONSENT MOTION TO EXTEND TIME TO ANSWER**

Defendants, by and through their undersigned counsel, respectfully request that the Court grant Defendants an extension of time to respond to the complaints in this cause. As grounds for the motion, Defendants state the following:

1. Plaintiff National Association of Waterfront Employers filed its Complaint on December 14, 2007. Plaintiff-Intervenors Old Republic Insurance Company and Association of Bituminous Contractors, Inc. were granted leave to intervene, and filed their Complaint in Intervention for Declaratory and Injunctive Relief, on January 17, 2008.

2. Defendants' deadline to respond to Plaintiff's complaint is February 25, 2008.

3. Defendants request that the Court extend their deadline to respond to Plaintiff's

and Plaintiff-Intervenors' complaints to March 25, 2008.  The parties believe that this additional time may allow them to resolve or narrow the issues presented to the Court.

    4.    Counsel for Plaintiff and Plaintiff-Intervenors consent to the granting of this motion.

        Respectfully submitted,

        JEFFREY S. BUCHOLTZ
        Acting Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney

        JOSEPH H. HUNT
        Director, Federal Programs Branch

        RICHARD G. LEPLEY
        Assistant Branch Director

        */s/ Scott Risner*
        SCOTT RISNER
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.
        Washington, D.C. 20530
        Tel: (202) 514-2395
        Fax: (202) 616-8470
        Email: scott.risner@usdoj.gov

        Attorneys for Defendants

Dated: February 19, 2008.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION OF WATERFRONT EMPLOYERS, <br><br>  Plaintiff, <br> and <br><br> OLD REPUBLIC INSURANCE COMPANY and ASSOCIATION OF BITUMINOUS CONTRACTORS, INC., <br><br>  Plaintiff-Intervenors, <br><br>  v. <br><br> ELAINE L. CHAO, in her official capacity as the Secretary of Labor, and THE U.S. DEPARTMENT OF LABOR, <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 07-2250 (RMC) ) ) ) ) ) ) ) ) |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO ANSWER**

Upon consideration of Defendants' Consent Motion to Extend Time to Answer, it is hereby

ORDERED that Defendants' Consent Motion to Extend Time to Answer is granted; and further

ORDERED that Defendants respond to Plaintiff's Complaint and Plaintiff-Intervenors' Complaint in Intervention for Declaratory and Injunctive Relief by March 25, 2008.

———————————————
ROSEMARY M. COLLYER
United States District Judge