## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF WATERFRONT EMPLOYERS,<br><br>        Plaintiff,<br>  and<br><br>OLD REPUBLIC INSURANCE COMPANY and ASSOCIATION OF BITUMINOUS CONTRACTORS, INC.,<br><br>        Plaintiff-Intervenors,<br><br>      v.<br><br>ELAINE L. CHAO, in her official capacity as the Secretary of Labor, and THE U.S. DEPARTMENT OF LABOR,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-2250 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2008, a true copy of Defendants' Consent Motion to Extend Time to Answer [Docket No. 7] was sent by means of same-day special delivery to Plaintiff's Counsel Francis Edwin Froelich, Carroll & Froelich, PLLC, 919 18th Street, NW, Suite 901, Washington, DC 20006, by Federal Express; and sent by means of electronic filing to Plaintiff-Intervenors' Counsel Mark E. Solomons and Mary Lou Smith.

                                   */s/ Scott Risner*
                                   SCOTT RISNER
                                   Trial Attorney
                                   United States Department of Justice
                                   Civil Division, Federal Programs Branch
                                   20 Massachusetts Ave., N.W.
                                   Washington, D.C. 20530

Tel: (202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

Attorneys for Defendants

Dated:  February 19, 2008.