UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF WATERFRONT EMPLOYERS    )
919 18th Street, N.W., Suite 901    )
Washington, D.C. 20006    )
                         **Plaintiff,**    )
   and    )

OLD REPUBLIC INSURANCE COMPANY    )
P.O. Box 2200    )
Greensburg, Pennsylvania 15601    )
   and    )

ASSOCIATION OF BITUMINOUS CONTRACTORS    )
815 Connecticut Avenue, N.W. #620    )
Washington, DC 20006    )

Case: 1:07-cv-2250
Assigned To: Collyer, Rosemary
Assign. Date: 12/14/2007
Description: Admn. Agency

   and    )
JOHN DOES A-E,    )
                     **Intervenor Plaintiffs,**    )
                     v.    )

ELAINE L. CHAO, in her official capacity as the Secretary of Labor    )
United States Department of Labor    )
200 Constitution Avenue, N.W.    )
Washington, D.C. 20210    )
                     **Defendant.**    )

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE OF
<u>PRECIOUS MURCHISON</u>**

Pursuant to Local Rule 83.2(d) of the United States Court for the District of

Columbia, Mark E. Solomons, Esq., a member of the Bar of this Court, and an attorney of

record for Plaintiff Old Republic Insurance Company in this action, hereby respectfully

moves the admission pro hac vice of Precious Murchison to participate in the action on behalf of Old Republic Insurance Company.  In support thereof, Movant submits:

    1.    Ms. Murchison is highly knowledgeable regarding the dispute between the parties, thus, it would be economical, as well as efficient, to allow Ms. Murchison to appear in this action.

    2.    Undersigned counsel has contacted Defense counsel, Scott Risner, Esq., concerning this Motion and is authorized to represent the Defendant does not oppose this Motion.

    3.    A Declaration signed by Ms. Murchison as required by Local Rule 83(d) is attached hereto.

    4.    A proposed Order granting Ms. Murchison's admission is attached hereto.

WHEREFORE, Mark E. Solomons, Esq., counsel for Plaintiff Old Republic Insurance Company, respectfully requests that the Court grant this Motion and enter an order authorizing Precious Murchison to appear pro hac vice and to participate in the above-captioned action on behalf of Old Republic Insurance Company.

Respectfully submitted this 20th day of February, 2008.

                              For Plaintiff Old Republic Insurance Company:

                              _____/s/_____
                              Mark E. Solomons, 344440
                              Laura Metcoff Klaus, 294272
                              Greenberg Traurig LLP
                              2101 L Street, N.W., Suite 1000
                              Washington, D.C.  20037
                              (202) 331-3100 (phone)
                              (202) 331-3101 (fax)
                              email:  solomonsm@gtlaw.com
                                        klausl@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2008, a true copy of the foregoing Motion was served upon Plaintiff's Counsel, Francis Edwin Froelich, Carroll & Froelich, PLLC, 919 18th Street, N.W., Suite 901, Washington, D.C. 20006, and Defendant's counsel, Scott Risner, U.S. Department of Justice, Civil Division, Federal Programs Branch, 20 Massachusetts Avenue, N.W, Washington, D.C. 20001 in the manner indicated below:

(by first-class mail, postage prepaid, and by email)

    /s/ Mark E. Solomons
Mark E. Solomons
D.C. Bar No. 344440
GREENBERG TAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037

Telephone: (202) 533-2361
Facsimile: (202) 261-0129
Email: solomonsm@gtlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF WATERFRONT EMPLOYERS<br>919 18th Street, N.W., Suite 901<br>Washington, D.C. 20006<br><br>      Plaintiff,<br><br> and<br><br>OLD REPUBLIC INSURANCE COMPANY<br>P.O. Box 2200<br>Greensburg, Pennsylvania 15601<br><br> and<br><br>ASSOCIATION OF BITUMINOUS CONTRACTORS<br>815 Connecticut Avenue, N.W. #620<br>Washington, DC 20006<br><br> and<br><br>JOHN DOES A-E,<br><br>      Intervenor Plaintiffs,<br><br>      v.<br><br>ELAINE L. CHAO, in her official capacity as the Secretary of Labor<br>United States Department of Labor<br>200 Constitution Avenue, N.W.<br>Washington, D.C. 20210<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case: 1:07-cv-2250<br>Assigned To: Collyer, Rosemary<br>Assign. Date: 12/14/2007<br>Description: Admn. Agency<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>DECLARATION IN SUPPORT OF MOTION FOR</u>
<u>ADMISSION PRO HAC VICE OF PRECIOUS MURCHISON</u>

Precious Murchison, being duly sworn, hereby deposes and states as follows:

1. My full name is Precious Murchison Gittens.

2.     I am an attorney employed with the firm Greenberg Traurig, LLP with offices at 2101 L Street, N.W., Suite 1000, Washington, D.C. 20037. My office telephone number is (202)-331-3100.

3.     On December 12, 2001, I was admitted as an attorney of the Court of Appeals of Maryland, and I am a member in good standing of the Maryland State Bar. I have not been admitted to any bar other than the Maryland Sate Bar, although I presently have an application pending for admission to the District of Columbia Bar.

4.     I have been admitted *pro hac vice* in the United States District Court for the District of Columbia once within the last two years.

5.     I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 20, 2008

*[signature]*

PRECIOUS MURCHISON GITTENS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF WATERFRONT EMPLOYERS<br>919 18th Street, N.W., Suite 901<br>Washington, D.C. 20006<br><br>     **Plaintiff,**<br><br> and<br><br>**OLD REPUBLIC INSURANCE COMPANY**<br>P.O. Box 2200<br>Greensburg, Pennsylvania  15601<br><br> and<br><br>**ASSOCIATION OF BITUMINOUS CONTRACTORS**<br>815 Connecticut Avenue, N.W. #620<br>Washington, DC  20006<br><br> and<br><br>**JOHN DOES A-E,**<br><br>     **Intervenor Plaintiffs,**<br><br>     **v.**<br><br>**ELAINE L. CHAO,** in her official capacity as the Secretary of Labor<br>United States Department of Labor<br>200 Constitution Avenue, N.W.<br>Washington, D.C. 20210<br><br>     **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case:  1:07-cv-2250<br>) Assigned To:  Collyer, Rosemary<br>) Assign. Date:  12/14/2007<br>) Description:  Admn. Agency<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Unopposed Motion for Admission *Pro Hac Vice* filed by Mark E. Solomons, Esq., a member in good standing in the bar of this Court, and it appearing that good cause exists for granting said Motion, and upon consideration of the entire record, it is hereby,

**ORDERED**, that the Motion be, and it hereby is, **GRANTED**; and it is further

**ORDERED**, that Precious Murchison, Esq., be admitted to appear *pro hac vice* in this Court on behalf of Plaintiff Old Republic Insurance Company in the above-captioned case pending before this Court.

**SO ORDERED**.

_____
Rosemary M. Collyer
United States District Judge

Date: _____