UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF WATERFRONT EMPLOYERS   )
)
    Plaintiff,   )
)
and   )
)
OLD REPUBLIC INSURANCE COMPANY   )
)
and   )
)
ASSOCIATION OF BITUMINOUS CONTRACTORS   )
)
    Intervenor Plaintiffs,   )
)
    Case: 1:07-CV-2250 (RMC)
)
v.   )
)
ELAINE L. CHAO, in her official capacity as the Secretary of Labor   )
United States Department of Labor   )
)
    Defendant.   )

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

The Plaintiffs and Intervenor Plaintiffs ("Plaintiffs"), by and through their counsel, respectfully move this Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) for an extension of time in which to file Plaintiffs' Opposition to Defendant's Motion to Dismiss. As grounds for this Motion, the Plaintiffs state as follows:

1. On February 19, 2008, this Court granted Defendant's consent motion for an extension of time in which to file Defendant's Response to Plaintiffs' Complaint. On March 25, 2008, Defendant filed a motion to dismiss the Plaintiffs' Complaint. The Plaintiffs' Opposition is currently due on April 8, 2008.

2. Due to the press of other obligations, including the travel schedules of undersigned counsel, Plaintiffs are unable to prepare and file the Plaintiffs' Opposition by April 8, 2008.

3. The Plaintiffs' Opposition can be filed no later than May 8, 2008, 30 days after it was originally due. This is Plaintiffs' first request for an extension of time.

4. Undersigned counsel are authorized to represent that the Department of Justice does not oppose this motion.

WHEREFORE, for the reasons stated above, the Plaintiffs respectfully request that the Plaintiffs' Motion for Extension of Time be granted and that the Court permit the Plaintiffs to file its Opposition by close of business on May 8, 2008.

Respectfully submitted this 2nd day of April, 2008.

_____/s/_____
Mark E. Solomons
D.C. Bar No. 344440
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone:  (202) 331-3100
Facsimile:  (202) 331-3101
email: solomonsm@gtlaw.com

_____/s/_____
Laura Metcoff Klaus
D.C. Bar No. 294272
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone:  (202) 533-2362
Facsimile:  (202) 261-0137
Email: klausl@gtlaw.com

Attorneys for Old Republic Insurance Co.

_____/s/_____
Mary Lou Smith
D.C. Bar No. 389507
Howe, Anderson & Steyer, P.C.
815 Connecticut Avenue, N.W. #620
Washington, D.C. 20006
Telephone:   (202) 296-5680
Facsimile:   (202) 331-8049
Email: mlsmith@haspc.com

Attorney for Association of Bituminous Contractors, Inc.

_____/s/_____
Francis Edwin Froelich
D.C. Bar No. 418399
CARROLL & FROELICH, PLLC
919 18th Street, N.W., Suite 901
Washington, D.C. 20006
Telephone:   (202) 587-4802
Facsimile:   (202) 587-4888
Email: win@cflaw.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2008, a true copy of the foregoing Motion was served upon Defendant's Counsel, Scott Risner, Esq., via facsimile, facsimile number (202) 616-8470.

        /s/ Mark E. Solomons
Mark E. Solomons
D.C. Bar No. 344440
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone:   (202) 533-2361
Facsimile:   (202) 261-0129
Email:  solomonsm@gtlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF WATERFRONT EMPLOYERS )
)
Plaintiff, )
)
and )
)
OLD REPUBLIC INSURANCE COMPANY )
)
and )
)
ASSOCIATION OF BITUMINOUS CONTRACTORS )
)
Intervenor Plaintiffs, )
)
  Case: 1:07-CV-2250 (RMC)
)
v. )
)
ELAINE L. CHAO, in her official capacity as the Secretary of Labor )
United States Department of Labor )
)
Defendant. )

### ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time, and it appearing that good cause exists for granting said Motion, and upon consideration of the entire record, it is hereby,

**ORDERED**, that the Motion be, and it hereby is, **GRANTED**; and it is further

**ORDERED**, that Plaintiffs shall file its Opposition to Defendant's Motion to Dismiss no later than May 8, 2008.

**SO ORDERED**.

Date: _____        _____
                                      Rosemary M. Collyer
                                      United States District Judge