UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF WATERFRONT EMPLOYERS  )
)
Plaintiff,  )
)
and  )
)
OLD REPUBLIC INSURANCE COMPANY  )
)
and  )
)
ASSOCIATION OF BITUMINOUS CONTRACTORS, INC.  )
)
Intervenor Plaintiffs,  )
)
Case: 1:07-CV-2250 (RMC)
)
v.  )
)
ELAINE L. CHAO, in her official capacity as the Secretary of Labor  )
United States Department of Labor  )
)
Defendant.  )

### PLAINTIFFS' MOTION TO WITHDRAW MOTION TO COMPEL PRODUCTION OF THE ADMINISTRATIVE RECORD

The Plaintiff and Intervenor Plaintiffs ("Plaintiffs"), by and through their counsel, respectfully move to withdraw Plaintiffs' Motion to Compel Production of the Administrative Record. As grounds for this Motion, the Plaintiffs state as follows:

1. On April 22, 2008, Plaintiffs filed a Motion to Compel Production of the Administrative Record. See ECF Doc. 12. Local Rule 7(m) of the United States Court for the District of Columbia, imposes a duty to confer with opposing counsel on nondispositive motions. Undersigned counsel inadvertently failed to confer with opposing counsel before filing Plaintiffs' Motion to Compel Production of the

Administrative Record. Undersigned counsel seeks to withdraw said Motion so that undersigned counsel may comply with Local Rule 7(m).

2. Undersigned counsel has informed opposing counsel of the instant motion, and apologizes for any inconvenience to the Court or to opposing counsel.

WHEREFORE, for the reasons stated above, the Plaintiffs respectfully request that the Court direct the Clerk of the Court to immediately withdraw Plaintiffs' Motion to Compel Production of the Record filed on April 22, 2008.

Respectfully submitted this 23rd day of April, 2008.

/s/
Mark E. Solomons
D.C. Bar No. 344440
GREENBERG TAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3100
Facsimile: (202) 331-3101
email: solomonsm@gtlaw.com

/s/
Laura Metcoff Klaus
D.C. Bar No. 294272
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 533-2362
Facsimile: (202) 261-0137
Email: klausl@gtlaw.com

Attorneys for Old Republic Insurance Co.

/s/
Mary Lou Smith
D.C. Bar No. 389507
Howe, Anderson & Steyer, P.C.
815 Connecticut Avenue, N.W. #620
Washington, D.C. 20006

2

Telephone:    (202) 296-5680
Facsimile:    (202) 331-8049
Email: mlsmith@haspc.com

Attorney for Association of Bituminous Contractors, Inc.

_____/s/_____
Francis Edwin Froelich
D.C. Bar No. 418399
CARROLL & FROELICH, PLLC
919 18th Street, N.W., Suite 901
Washington, D.C. 20006
Telephone:    (202) 587-4802
Facsimile:    (202) 587-4888
Email: win@cflaw.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF WATERFRONT EMPLOYERS )
)
Plaintiff, )
)
and )
)
OLD REPUBLIC INSURANCE COMPANY )
)
and )
)
ASSOCIATION OF BITUMINOUS CONTRACTORS, INC. )
)
Intervenor Plaintiffs, )
)
Case: 1:07-CV-2250 (RMC)
)
v. )
)
ELAINE L. CHAO, in her official capacity as the Secretary of Labor )
United States Department of Labor )
)
Defendant. )

### ORDER

Upon consideration of Plaintiffs' Motion to Withdraw Plaintiffs' Motion to Compel Production of the Administrative Record, for good cause, and upon consideration of the entire record and for the reasons stated in Plaintiffs' Motion, it is hereby,

**ORDERED**, that the Motion be, and it hereby is, **GRANTED**; and it is further

**ORDERED**, that the Clerk of the Court is hereby directed to Withdraw Plaintiff's Motion to Compel Production of the Administrative Record.

SO ORDERED.

Date: _____        _____
                                     Rosemary M. Collyer
                                     United States District Judge